1947, as alleged, in what is commonly known as the 'White Spot', a restaurant, in Houston County, Texas, unlawfully carry on and about his person a pistol, as charged, then he would not be guilty as charged, and if you so find, you will find the defendant not guilty.

\* \* \* \* \*

"If you find from the evidence, beyond a reasonable doubt, that the defendant is not guilty of the charge as alleged, you will say by your verdict, 'We, the jury, find the defendant not guilty' and sign said verdict by the Foreman of the Jury.' "

The State's Attorney before our court confesses error herein, and we agree with him.

To write on each one of the 23 bills, many of them complaining of errors, would unduly lengthen this opinion. Suffice it to say that in the event of another trial, appellant should be tried only on the facts surrounding the alleged carrying of a pistol.

The judgment is reversed and the cause remanded.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving and operating a motor vehicle upon the public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $50 and confinement in the county jail for a period of 30 days.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is affirmed.